# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GRECIA,** | **CASE NO.** 17-cv-00323-YGR |
| PLAINTIFF, | |
| V. | **ORDER ON MOTION TO STAY** |
| **TARGET CORPORATION,** | **DKT. NO. 25** |
| DEFENDANT. | |

On February 6, 2017, defendant filed a motion to stay the instant action pending the resolution of certain actions related to the same patent in the Southern District of New York before Judge Sullivan. (Dkt. No. 25.) Plaintiff filed a limited opposition agreeing that the case should be stayed but arguing that the stay should end when Judge Sullivan lifts the stay in certain other actions against similar retailers. (Dkt. No. 38.) The Court previously granted stays in two other actions relating to the same patent, pending Judge Sullivan's claim construction order, namely, *Grecia v. Dish Network LLC*, No. 16-cv-588 (Dkt. No. 52) and *Grecia v. Adobe Systems Incorporated*, No. 16-cv-6283 (Dkt. No. 33).

In light of the foregoing, the case is **STAYED**, pending Judge Sullivan's claim construction order. By September 8, 2017, the parties shall file a joint statement informing the Court of the status of the cases pending before Judge Sullivan. The Court **SETS** a Compliance Hearing for **Friday, September 15, 2017** at **9:01 a.m.** in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California. If the joint statement is timely filed, no appearance may be required and the Compliance Hearing may be taken off calendar. Telephonic appearances will be allowed if the statement has been submitted timely and the Court deems the hearing necessary. If at any time the cases resolve or Judge Sullivan issues a claim construction order, the parties shall so

notify the Court with a joint statement filed within five (5) business days thereafter. Failure to file a required joint statement timely or to appear at the Compliance Hearing may result in sanctions.

The Court **VACATES** the hearing currently set on this motion for March 28, 2017.

This Order terminates Docket Number 25.

**IT IS SO ORDERED.**

Dated: March 8, 2017

                                              **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**