[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>　　　　　Defendant. | Case No. 4:16-cv-00588-YGR<br>*[Lead Case]*<br><br>**JOINT STATEMENT AND STIPULATION ON STAY OF CASE**<br><br>Hon. Yvonne Gonzalez Rogers |
| WILLIAM GRECIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　Defendant. | Case No. 4:16-cv-06283-YGR |
| WILLIAM GRECIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | Case No. 4:17-cv-00323-YGR |

　　　　Plaintiff William Grecia ("Grecia") and Defendants DISH Network L.L.C. ("DISH"), Adobe Systems Incorporated ("Adobe"), and Target Corporation ("Target"), pursuant to the Court's Orders of February 23, 2017, March 6, 2017, and March 8, 2017 (in the *DISH*, *Adobe*, and *Target* cases respectively), by and through their respective counsel of record, hereby provide the following joint statement informing the Court of the status of related cases pending before

Judge Richard J. Sullivan in the Southern District of New York. Those cases are: *Grecia v. MasterCard Inc.*, 15-cv-9059; *Grecia v. Visa Inc.*, 15-cv-9210 (collectively, the "Credit Card Actions"); *Grecia v. Samsung Electronics America*, 16-cv-9691 (the "Samsung Action"); and *Grecia v. 1-800-Flowers.com, Inc.*, 16-cv-7022; *Grecia v. BestBuy.com, LLC*, 16-cv-7024; *Grecia v. J Crew Group, Inc.*, 16-cv-7025; and *Grecia v. Adorama Camera, Inc.*, 16-cv-7111 (these four, collectively, the "Retailer Actions").[1] This joint statement and stipulation will be submitted in the *DISH*, *Adobe*, and *Target* cases.

By the Court Orders referenced above, this Court stayed the captioned cases pending the issuance of a claim construction order by Judge Sullivan in the Credit Card Actions.[2] (D.I. 52, 33, and 41.)

On April 3, 2017, Judge Sullivan lifted a stay of the Credit Card Actions and the Samsung Action and ordered the parties thereto to submit a case management plan. On April 12, 2017, Judge Sullivan entered a case management plan in those cases which *inter alia* set dates for claim construction exchanges and briefing through November 28, with a hearing to follow at the court's convenience. (S.D.N.Y. Case No. 15-cv-9059, D.I. 48 at 6.) The parties in the Credit Card Actions and the Samsung Action are engaged in the claim construction process and have exchanged proposed constructions. (S.D.N.Y. Case No. 15-cv-9059, D.I. 60 at 2.) The Retailer Actions remain stayed pending the issuance of Judge Sullivan's claim construction order and no substantive events have transpired therein since this Court's February/March, 2017 orders.

In light of the foregoing, Grecia and Defendants ask on stipulation that this Court continue its stay of these actions pending Judge Sullivan's claim construction order and reset the

---

[1] Since the Court's March 6, 2017 order, two related cases once pending before Judge Sullivan have been dismissed: *Grecia v. American Express Co.,* 15-cv-9217 (settled on February 26, 2017); and *Grecia v. Neiman Marcus Group, Inc.*, 16-cv-7026 (settled on April 22, 2017).

[2] Adobe did not, however, agree to be bound by Judge Sullivan's claim construction order. (D.I. 33 at 2.) The stay in the Target case (4:17-cv-00323) was not the result of a stipulated request but of Target's motion. (Dkt. No. 25). DISH and Target have not agreed to be bound by Judge Sullivan's claim construction order either. The Defendants reserve their rights to raise their requests to stay the cases beyond the issuance of Judge Sullivan's claim construction order as appropriate.

compliance hearing scheduled for Friday, September 15, 2017 to Friday, January 15, 2018. The parties will file another joint statement informing the Court of the status of the cases pending before Judge Sullivan no later than January 12, 2018.

Dated: September 8, 2017                     Respectfully Submitted,

| | |
|---|---|
| */s/ Matthew M. Wawrzyn* | */s/ Victoria Q. Smith* |
| Todd C. Atkins (SBN 208879) | James F. Valentine (SBN 149269) |
| tatkins@atkinsdavidson.com | JValentine@perkinscoie.com |
| ATKINS & DAVIDSON, APC | Victoria Q. Smith (SBN 236045) |
| 2261 Rutherford Road | VSmith@perkinscoie.com |
| Carlsbad, CA 92008 | Matthew J. Moffa (*pro hac vice*) |
| Tel: 619.665.3476 | MMoffa@perkinscoie.com |
| | Amisha K. Manek (SBN 305163) |
| Matthew M. Wawrzyn (*pro hac vice*) | AManek@perkinscoie.com |
| matt@wawrzynlaw.com | PERKINS COIE LLP |
| Stephen C. Jarvis (*pro hac vice*) | 3150 Porter Drive |
| stephen@wawrzynlaw.com | Palo Alto, CA 94304-1212 |
| WAWRZYN & JARVIS LLC | Telephone: 650.838.4300 |
| 2700 Patriot Blvd, Suite 250 | Facsimile: 650.838.4350 |
| Glenview, IL 60026 | |
| Telephone: 847.656.5864 | Attorneys for Defendant |
| | ADOBE SYSTEMS INCORPORATED |
| Attorneys for Plaintiff | |
| WILLIAM GRECIA | |
| | |
| */s/ John Kitchura, Jr.* | */s/ Hector Ribera* |
| Colin G. Cabral | Hector Ribera (SBN 221511) |
| PROSKAUER ROSE LLP | hector@martonribera.com |
| 2049 Century Park East, Suite 3200 | Ryan Marton (SBN 223979) |
| Los Angeles, CA 90067 | ryan@martonribera.com |
| Telephone: (310) 557-2900 | Marton Ribera Schumann & Chang LLP |
| ccabral@proskauer.com | 548 Market St. Suite 36117 |
| | San Francisco, CA 94104 |
| Steven M. Bauer (*pro hac vice*) | Tel: (415) 360 2511 |
| John M. Kitchura, Jr. (*pro hac vice*) | |
| PROSKAUER ROSE LLP | Attorneys for Defendant |
| One International Place | TARGET CORPORATION |
| Boston, MA 02110-2600 | |
| Telephone: (617) 526-9600 | |
| sbauer@proskauer.com | |
| jkitchura@proskauer.com | |
| | |
| Robert Laurenzi (*pro hac vice*) | |
| KAYE SCHOLER LLP | |
| 250 W. 55th Street | |
| New York, NY 10019-9710 | |
| Telephone: (212) 836-8000 | |
| robert.laurenzi@kayescholer.com | |
| | |
| Attorneys for Defendant | |
| DISH Network L.L.C. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 12, 2017

_____
DISTRICT JUDGE YVONNE GONZALEZ ROGERS

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 8, 2017  /s/ *Matthew M. Wawrzyn*
Matthew M. Wawrzyn