1 [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK L.L.C.,<br><br>　　　　　Defendant. | Case No. 4:16-cv-00588-YGR<br>*[Lead Case]*<br><br>[PROPOSED] **SCHEDULING ORDER**<br>　*As Modified by the Court*<br>Date:　NA<br>Time:　NA<br>Place:　NA<br>Judge:　Hon. Yvonne Gonzalez Rogers |
| WILLIAM GRECIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　Defendant. | Case No. 4:16-cv-06283-YGR |
| WILLIAM GRECIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | Case No. 4:17-cv-00323-YGR |

Plaintiff William Grecia ("Mr. Grecia") and Defendants DISH Network L.L.C. ("DISH"), Adobe Systems Incorporated ("Adobe"), and Target Corporation ("Target") (collectively, "Defendants")[1], pursuant to Civil L.R. 16-9, Rule 26(f) of the Federal Rules of Civil Procedure, and the Court's rulings on July 30, 2018 (*see, e.g.*, Dkt. Nos. 72, 43, and 49 in the *DISH*, *Adobe*[2], and *Target*[3] cases ("July 30, 2018 Order"), respectively), by and through their respective counsel of record, propose the following schedule[4]:

| Date[5] | Event | Governing Rule |
|---|---|---|
| August 13, 2018 | Infringement Contentions | Patent L.R. 3-1 & 3-2 |
| October 29, 2018 | Completion of Court Mediation | |
| November 9, 2018 | Invalidity Contentions | Patent L.R. 3-3 & 3-4 |
| December 3, 2018 2:00 p.m. | Case Management Conference | |
| December 31, 2018 | Advice of Counsel Disclosures | Patent L.R. 3-7 |
| January 18, 2019 | Close of Party Fact Discovery | |
| January 18, 2019 | Close of Third-Party Fact Discovery | |
| February 8, 2019 | Opening Expert Reports | |
| March 1, 2019 | Rebuttal Expert Reports | |
| March 22, 2019 | Close of Expert Discovery | |
| April 9, 2019 | Last day for moving party to file a letter requesting pre-filing conference for motions for summary judgment | February 24, 2017 Standing Order |

---

[1] Unless otherwise stated, cites to the docket are from the lead case *William Grecia v. DISH Network L.L.C.*, Case No. 4:16-cv-00588-YGR ("*DISH*").

[2] *William Grecia v. Adobe Systems Incorporated*, Case No. 4:16-cv-06283-YGR ("*Adobe*").

[3] *William Grecia v. Target Corporation*, Case No. 4:17-cv-00323-YGR ("*Target*").

[4] Motions for summary judgment must be filed pursuant to Judge Gonzalez Rogers' February 24, 2017 Standing Order in Civil Cases ("February 24, 2017 Standing Order").

[5] The parties may seek extensions of these dates if, by November 16, 2018, a claim construction order has not issued in the following cases currently pending in the Southern District of New York: *Grecia v. MasterCard Int'l Inc.*, 15-cv-9059; *Grecia v. Samsung Elecs. Am.*, 16-cv-9691; and *Grecia v. 1-800-Flowers.com, Inc.*, 16-cv-7022, and *Grecia v. J Crew Group, Inc.*, 16-cv-7025.

| **Date**[5] | **Event** | **Governing Rule** |
|---|---|---|
| ~~April 19, 2019~~ April 17, 2019 | Pre-filing conference for motions for summary judgment (reserved for motions with pre-filing conference requests filed on April 9, 2019) | February 24, 2017 Standing Order |
| May 1, 2019 | Dispositive and *Daubert* Motions | |
| May 15, 2019 | Oppositions to Dispositive and *Daubert* Motions | |
| May 31, 2019 | Replies in support of Dispositive and *Daubert* Motions | |
| ~~To be determined by the Court~~ June 25, 2019 at 2 p.m. | Hearing on Dispositive and *Daubert* Motions | |
| 32 days before Pre-Trial Conference | Last day to serve Motions in Limine | |
| To be determined by the Court | Pre-Trial Conference | |
| To be determined by the Court | Trial | |

Dated: August 1, 2018                                  Respectfully Submitted,

/s/ Matthew M. Wawrzyn                                 /s/ Victoria Q. Smith

Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice*)
*matt@wawrzynlaw.com*
Stephen C. Jarvis (*pro hac vice*)
*stephen@wawrzynlaw.com*
WAWRZYN & JARVIS LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone:  847.656.5864

Attorneys for Plaintiff
WILLIAM GRECIA

James F. Valentine (SBN 149269)
JValentine@perkinscoie.com
Victoria Q. Smith (SBN 236045)
VSmith@perkinscoie.com
Matthew J. Moffa (pro hac vice)
MMoffa@perkinscoie.com
Amisha K. Manek (SBN 305163)
AManek@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

| | |
|---|---|
| */s/ Steven M. Bauer* | */s/ Ryan J. Marton* |
| Colin G. Cabral (SBN 296913)<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone: (310) 557-2900<br>ccabral@proskauer.com | Hector Ribera (SBN 221511)<br>hector@martonribera.com<br>Ryan Marton (SBN 223979)<br>ryan@martonribera.com<br>MARTON RIBERA SCHUMANN & CHANG LLP<br>548 Market St. Suite 36117<br>San Francisco, CA 94104<br>Tel: (415) 360 2511 |
| Steven M. Bauer (*pro hac vice*)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600<br>Telephone: (617) 526-9600<br>sbauer@proskauer.com | Attorneys for Defendant<br>TARGET CORPORATION |
| Attorneys for Defendant<br>DISH Network L.L.C. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __September 4__, 2018      _____
                                  DISTRICT JUDGE YVONNE GONZALEZ ROGERS

## ATTESTATION FOR SIGNATURE

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 22, 2018  */s/* Ryan J. Marton
Ryan J. Marton