[counsel listed on signature pages]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM GRECIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 4:17-cv-00323-YGR<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:　Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Grecia and Defendant Target Corporation hereby stipulate to the dismissal of this action. All claims for relief asserted against Target by Grecia herein are dismissed WITH PREJUDICE; all counterclaims for relief asserted against Grecia by Target are dismissed WITHOUT PREJUDICE. Each party to bear its own costs and attorneys' fees.

Dated: <u>November 30, 2018</u>　　　　　　　Respectfully Submitted,

| | |
|---|---|
| */s/ Matthew M. Wawrzyn* | */s/ Hector Ribera* |
| Todd C. Atkins (SBN 208879)<br>tatkins@atkinsdavidson.com<br>ATKINS & DAVIDSON, APC<br>2261 Rutherford Road<br>Carlsbad, CA 92008<br>Tel: 619.665.3476<br><br>Matthew M. Wawrzyn (*pro hac vice*)<br>matt@wawrzynlaw.com<br>Stephen C. Jarvis (*pro hac vice*)<br>stephen@wawrzynlaw.com<br>WAWRZYN & JARVIS LLC<br>2700 Patriot Blvd, Suite 250<br>Glenview, IL 60026<br>Telephone: 847.656.5864<br><br>Attorneys for Plaintiff<br>WILLIAM GRECIA | Hector Ribera (SBN 221511)<br>hector@martonribera.com<br>Ryan Marton (SBN 223979)<br>ryan@martonribera.com<br>MARTON RIBERA SCHUMANN & CHANG LLP<br>548 Market St. Suite 36117<br>San Francisco, CA 94104<br>Tel: (415) 360 2511<br><br>Attorneys for Defendant<br>TARGET CORPORATION |

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 30, 2018            /s/ Matthew M. Wawrzyn
                                           Matthew M. Wawrzyn

DATE: 12/4/18

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA